# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN GRECO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SETERUS, INC. and JOHN DOES 1-25,<br><br>    Defendants. | Civil Action No. 15-CV-03450 (KM) (MAH) |

**To:**  ARI MARCUS
   MARCUS LAW LLC
   1500 ALLAIRE AVE.,
   SUITE 101
   OCEAN, NJ 07712

**PLEASE TAKE NOTICE**, that on the 3rd of August 2015, the undersigned attorneys for Defendant Seterus, Inc. will make application to the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing Plaintiff's Class Action Complaint.

The undersigned shall rely on the attached Brief in support of this Motion.

Respectfully Submitted,

**MAURICE WUTSCHER LLP**

*/s/ Donald S. Maurice, Jr.*
Donald S. Maurice, Jr
5 Walter Foran Blvd, Suite 2007
Flemington, NJ  08822
(908) 237-4570
dmaurice@mauricewutscher.com
Attorneys for Seterus, Inc.

Date: July 2, 2015