|  |  |
|---|---|
| **KEVIN GRECO** | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
|  | Hon. Kevin McNulty |
| -vs- | Civil Action No. 15-3450 |
| **SETERUS INC., et al** | <u>**DISMISSAL ORDER**</u> |
| Defendant(s). |  |

It having been reported to the Court that the above-captioned matter has been settled,

**IT IS on this 3rd day of August, 2015,**

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

_____
HON. KEVIN MCNULTY
United States District Judge

Orig.: Clerk of the Court
      Hon. Michael A. Hammer, U.S.M.J.
      All Parties
      File